# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CLARENCE AUSTIN,

    Petitioner,

v.

DANE COUNTY JAIL,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-652-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

JOEL TURNER
_____
Joel Turner, Acting Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____11/18/08_____
Date